

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-15-00373-CR

**IN RE** Robert Luis **COLON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Jason Pulliam, Justice

On June 22, 2015, relator filed a pro se petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

The clerk of this court is ORDERED to forward a copy of relator's petition for writ of mandamus and all accompanying attachments filed in this original proceeding to the Texas Court of Criminal Appeals.

It is so **ORDERED** on July 6, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 83CR2420, 83CR2421, 83CR2422, 83CR2423 and 83CR2424, styled *The State of Texas v. Robert Luis Colon*, in the 227th Judicial District Court, Bexar County, Texas.